**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 19, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01131-CV

---

**LIQUIDATING MARKETING, LTD. F/K/A RAPID SETTLEMENTS, LTD, Appellant**

**V.**

**SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT FUNDING, Appellee**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2006-23366A**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 19, 2013. On August 12, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.